STATE OF CONNECTICUT *v.* SHARIEF T. NASHEED

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 672 (AC 29661), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*David J. Smith*, senior assistant state's attorney, in opposition.

Decided September 8, 2010

STATE OF CONNECTICUT *v.* GREGORY
LAMONT MILLER

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 775 (AC 30096), is denied.